[No. 463. Decided January 25, 1892.]

I. N. WALTER, D. N. WALTER, MORRIS WALTER AND HER-
MAN WALTER, *Respondents*, v. F. G. MARESCH, *Ap-
pellant*.

#### APPEAL—FAILURE TO FILE TRANSCRIPT—DAMAGES.

Where the judgment of the court below is affirmed on motion of
respondent for the reason that appellant has failed to file a tran-
script within the prescribed time after giving notice of appeal, there
can be no judgment for damages against appellant on the ground that
the appeal was taken merely for delay, as that fact can be ascertained
only from the record.

*Appeal from Superior Court, Whatcom County.*

Motion by respondent to affirm the judgment of the su-
perior court.

*Weisenberger & Crites*, for respondents.

The opinion of the court was delivered by

ANDERS, C. J.—The respondents having heretofore filed
in this court a certified copy of the judgment appealed from,
and of the notice of appeal and service thereof, together
with a copy of the *supersedeas* bond, now, after due notice
to appellant, move the court to affirm the judgment of the
court below, and for judgment in this court against appel-
lant and the surety on his appeal bond, and for damages,
for the reason that appellant has failed to file a transcript
within the time prescribed by law and the rules of this
court.

Damages are asked on the ground that the appeal was
taken for delay only; but, as we have no transcript before
us, we have nothing by which to determine whether the
appeal was taken for that purpose or not. That is a fact
to be ascertained by the record. General Statutes, § 1431;

*Vaughn v. Werley*, 62 Cal. 181. The motion for damages will therefore be denied.

The judgment of the court below is affirmed, and judgment will be entered in this court against appellant and the sureties on his *supersedeas* bond for the amount of said judgment and costs, and for costs in this court.

Scott, Dunbar, Hoyt and Stiles, JJ., concur.